UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ABDULLAH Y. SALAHUDDIN,　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　04-CV- 2180 (JG)
　　　　　　　　Petitioner,

　　-against-

DAVID UNGER, Superintendent,
Orleans Correctional Facility,


　　　　　　　　Respondent.
-------------------------------------------------------------------X

　　A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on September 2, 2005, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

　　ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability shall not issue.


Dated: Brooklyn, New York　　　　　　　　　　　s/Robert C. Heinemann
　　　　September 08, 2005　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court